**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-192-APM** |
| | : | |
| | : | |
| **THOMAS METHOD** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO CONVERT AND CONTINUE STATUS HEARING**

The United States, through undersigned counsel, and the defendant Thomas Method, by and through counsel, hereby file this joint motion to convert the status hearing into a change of plea hearing and continue the hearing from September 10, 2024 to September 19, 2024 at 3:30 PM, or to another date convenient for the Court.

The parties have reached an agreement to resolve this matter without trial.  The parties request the change of plea hearing be conducted virtually as the defendant has signed a plea agreement with respect to only misdemeanor offenses. The parties further respectfully request that this Court exclude the time from the date of its order until the September 19, 2024 or the date of the rescheduled hearing, pursuant to 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B).

Respectfully submitted,

FOR THE DEFENDANT

By:    */s/ Julie-Ann Olson*
       Julie-Ann Olson
       Mass BBO No. 661464
       Assistant Federal Public Defender
       51 Sleeper Street STE 5th Floor
       Boston, MA 02210
       (617) 223-8061
       Julie-ann_olson@fd.org

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:    */s/ Pavan Krishnamurthy*
       Pavan S. Krishnamurthy
       D.C. Bar No. 252831
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20001
       (202) 252-7862
       pavan.krishnamurthy@usdoj.gov