**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 24-mj-055 (APM)** |
| | : | |
| **v.** | : | **18 U.S.C. § 1752(a)(1),** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| **THOMAS METHOD,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas Method, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.     Thomas Method is a 57-year old man from Framingham, Massachusetts. Method traveled to Washington, D.C. on January 6, 2021, to attend the rally of then-President Trump to register his dissent with the 2020 Presidential Election. On his way to Washington, D.C., Method recorded a video of himself where he stated: "Hopefully the strength in numbers and this movement will get more Senators on board, and we can overthrow this fraud like I have never seen before in my life . . . . They are going to have metal detectors. The Antifas not going to be in their colors. They are going to be in plain clothes but so is the Secret Service and the security.

Hopefully, Biden don't get in. I don't care what happens as long as Trump maintains his presidency. I have a feeling it's going to be mayhem, chaos, and pandemonium."

9. On January 6, 2021, Method attended the then-President Donald Trump's "Stop the Steal" rally before marching down Constitution Avenue towards the U.S. Capitol Building. At approximately 2:45 PM, Method entered the U.S. Capitol Building through the Upper West Terrace doors. *See* Figure 1.



Figure 1

10. At approximately 2:50 PM, Method entered the U.S. Capitol Building Rotunda. Method took photographs of himself inside the Rotunda. *See* Figure 2.



Figure 2

11.     At approximately 2:51 PM, Method exited the U.S. Capitol Building through the East Rotunda Door.  *See* Figure 3.



Figure 3

12.　　On April 4, 2022, the FBI interviewed Method.　Method stated: "I was there." Method further indicated that on January 6, 2021, he attended the then-President Donald Trump's "Stop the Steal" rally before marching down Constitution Avenue towards the U.S. Capitol. Method indicated that when he reached the U.S. Capitol Building, he entered and reached the Capitol Rotunda.　Method indicated that he remained in the Capitol Rotunda for ten minutes before exiting the U.S. Capitol building.

13.　　On May 25, 2022, the FBI again interviewed Method and, using a cellphone, showed Method security camera video from within the U.S. Capitol Building on January 6, 2021, which included Method (Figures 1 & 3).　At that time, Method stated he could not definitively identify himself, because he stated that he thought he was wearing a hat backwards on that day and was not covering his ears.

### ***Elements of the Offenses***

14.　　The parties agree that Entering or Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

    a.   First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    b.   Second, the defendant did so knowingly.

15.    The parties further agree that Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

    a.   First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

    b.   Second, the defendant acted willfully and knowingly.

***Defendant's Acknowledgments***

16.    The defendant knowingly and voluntarily admits to all the elements as set forth above. First, the defendant admits that he entered and remained in a restricted building or grounds without lawful authority. Specifically, the defendant admits that he entered and remained at the U.S. Capitol Building and its grounds. On January 6, 2021, the U.S. Capitol Building and its grounds were restricted due to the presence of a Secret Service protectee, Vice President Mike Pence, for Congress' joint certification of the 2020 Presidential Election. Defendant further admits that he had no lawful authority to enter or remain in the U.S. Capitol Building or its restricted grounds. Second, defendant admits that he acted knowingly. Specifically, defendant admits that he knew he was not supposed to be present in the Capitol Building or its restricted grounds. Defendant also admits that he knew that he had no lawful authority to enter or remain on restricted Capitol Grounds.

17.    Further, defendant admits that he paraded, demonstrated, and picketed in the United States Capitol Building on January 6, 2021. Defendant further admits that he did so knowingly, and that he knew his conduct was against the law.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     /s/ _____
        PAVAN S. KRISHNAMURTHY
        Assistant United States Attorney
        D.C. Bar No. 252831
        601 D Street, N.W.
        Washington, DC 20530
        pavan.krishnamurthy@usdoj.gov
        (202) 252-7862

**DEFENDANT'S ACKNOWLEDGMENT**

I, Thomas Method, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _____9/4/24_____        _____
Thomas Method
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: ____9/4/2024____        _____
Julie-Ann Olson
Attorney for Defendant